# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| EDWARD DEMARCO, et al., | |
| Plaintiffs, | |
| v. | 2:09-cv-02305-JCM-LRL |
| WELLS FARGO BANK, N.A., et al., | **O R D E R** |
| Defendants. | |

Before the court is Jacob Hafter & Associates' Motion for Leave to Withdraw as Counsel of Record (#26) for plaintiffs. For good cause shown,

IT IS ORDERED that the motion (#26) is granted.

IT IS FURTHER ORDERED that plaintiffs Edward DeMarco and Marija Lourdes DeMarco shall retain new counsel not later than September 16, 2011. Their failure to do so will mean that they will have to represent themselves in this action.

IT IS FURTHER ORDERED that these proceedings shall be stayed until September 16, 2011, at which time the stay shall be automatically lifted

DATED this 16th day of August, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**